STATE of Missouri, Respondent,

v.

Tyrone SMITH, Appellant.

No. ED 83167.

Missouri Court of Appeals, Eastern District, Division One.

April 27, 2004.

Ruth B. Sanders, Asst. Appellate Defender, Office of the Public Defender, Western Appellate/PCR Division, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, SR., P.J. and ROBERT G. DOWD, JR. and MARY R. RUSSELL, JJ.

### ORDER

PER CURIAM.

Tyrone Smith (Defendant) appeals from the judgment upon his convictions for one count of the class C felony of child molestation in the first degree, Section 566.067, RSMo 1994 and one count of the class B felony of child molestation in the first degree, Section 566.067, RSMo 2000. Defendant was sentenced to consecutive terms of five-years' and ten-years' imprisonment, respectively. On appeal, Defendant only challenges the sufficiency of the evidence to support his conviction of the class B felony of child molestation in the first degree. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the

claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).